**James SHELBY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 57852.**

Missouri Court of Appeals, Western District.

Nov. 7, 2000.

Tara L. Jensen, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and VICTOR C. HOWARD, Judge.

**ORDER**

James Shelby appeals the circuit court's judgment denying his Rule 24.035 motion to set aside his guilty plea to robbery in the first degree and to armed criminal action. We affirm. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Gregory ROBERTSON, Appellant.**

**No. WD 57920.**

Missouri Court of Appeals, Western District.

Nov. 7, 2000.

Matthew J. O'Connor, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and VICTOR C.HOWARD, Judge.

**ORDER**

Gregory Robertson appeals the circuit court's judgment convicting him of three counts of sexual misconduct in the second degree, two counts of sexual misconduct in the first degree, one count of statutory sodomy in the first degree and one count of statutory rape in the first degree. We affirm. Rule 30.25(b).